IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN WILLIAMS,** | : | Civil No. 1:18-CV-02055 |
| **Plaintiff,** | : | |
| v. | : | |
| **SECRETARY JOHN E. WETZEL,** *et al.* | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# ORDER

In accordance with the accompanying memorandum of law, the court **GRANTS** Defendants' motion to dismiss (Doc. 16) in part insofar as (1) all Defendants, other than U.M. Griffin, are **DISMISSED WITH LEAVE TO FILE AS A SEPARATE ACTION OR ACTIONS**; and (2) the Program Review Committee is **DISMISSED WITH PREJUDICE.**

Having reviewed and resolved the Report and Recommendation of Chief Magistrate Judge Susan E. Schwab, the court **ORDERS** that this action be **REFERRED BACK** to Chief Magistrate Judge Schwab for entry of a scheduling order and further proceedings.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: February 10, 2020

1